```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF TEXAS
                 FORT WORTH DIVISION
```

KEVIN DEWAYNE LEE,                §
    Petitioner,               §
                              §
VS.                               §   CIVIL ACTION NO.4:09-CV-083-Y
                              §
NATHANIEL QUARTERMAN, Director,   §
T.D.C.J.,Correctional             §
Institutions DIV.,                §
    Respondent.               §

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Kevin Dewayne Lee, along with the February 5, 2009, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until March 7 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on February 5, 2009. The Court concludes that the petition for writ of habeas corpus should be dismissed for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Kevin Dewayne Lee's petition for writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED for lack of jurisdiction.

SIGNED March 26, 2009.

                                        */s/ Terry R. Means*
                                    TERRY R. MEANS
                                    UNITED STATES DISTRICT JUDGE